**Order entered March 5, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00714-CV

### ROBERT L. WILSON, Appellant

### V.

### J. RANDLE HENDERSON, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-15162**

## ORDER

Before the Court is appellant's March 4, 2019 motion for an extension of time to file his

reply brief. We **GRANT** the motion and extend the time to **March 19, 2019**.

/s/      ERIN A. NOWELL
         JUSTICE